UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINETTE AUSTIN | § | |
| | § | |
| v. | § | C.A. NO. 4:23-cv-3997 |
| | § | |
| CHUBB LLOYDS INSURANCE | § | |
| COMPANY OF TEXAS, AND TOM | § | |
| BAKER INSURANCE AGENCY, INC. | § | |

### JOINT MOTION FOR FIRST AMENDED SCHEDULING ORDER

TO THE UNITED STATES DISTRICT JUDGE:

Plaintiff Antoinette Austin ("Plaintiff") and Chubb Lloyds Insurance Company of Texas ("Defendant") (collectively "the Parties") jointly present this Motion for First Amended Scheduling Order to the Court, and in support thereof, show as follows:

### I. BACKGROUND

Plaintiff owns a home located at 4044 Roznov Road, Fayetteville, Texas 78940 ("the Property"). Defendant issued Texas Homeowners Policy No. 001513166402 to Plaintiff providing coverage for the Property. This case arises from an insurance claim Plaintiff submitted to Defendant for alleged storm damage to the Property occurring on or about October 27, 2021.

Per the Court's Order, the Parties submitted the Joint Discovery/Case Management Plan and proposed Scheduling Order on January 30, 2024. (Doc. 12). The Court entered the Scheduling Order on February 9, 2024. (Doc. 15). Due to the amount of work yet to be accomplished, the Parties jointly request an amended scheduling order so that deadlines can be extended.

Given the nature of the claims and defenses, the amount and scope of damages claimed, and the complexity of the issues involved, the parties need additional time to conduct fact and

expert discovery (including written discovery and depositions of fact and expert witnesses) to properly prepare the case for trial, prevent unfair prejudice, and prepare for a meaningful mediation.

## II. ARGUMENTS AND AUTHORITIES

As this Court is well aware, a district court has broad discretion to extend the pre-trial deadlines. *S & W Enters., L.L.C. v. Southtrust Bank of Ala.*, 315 F.3d 533, 535 (5th Cir.2003). A scheduling order may be modified for good cause. Fed. R. Civ. P. 16(b)(4). Good cause supports the Parties' request.

As discussed above, the Parties have conducted and continue to conduct discovery but need additional time to schedule and complete depositions in order to conduct a meaningful mediation. The requested relief will ensure that adequate discovery takes place, may result in efficiency in the expense, handling, and disposition of this case, and will not cause prejudice. The Parties will be prejudiced without the requested relief. The Parties are asking the Court for an extension of deadlines in the Scheduling Order. Specifically, the Parties respectfully request an extension of deadlines and settings by approximately three months as set forth below.

Accordingly, the Parties respectfully ask this Cout to amend the current Scheduling Order with respect to the following deadlines (numbered paragraph below correspond to the paragraphs in the Scheduling Order (Doc. 15)):

1. The deadline for JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS has passed. **The parties do not request this deadline be reset.**

2. DESIGNATION OF EXPERTS BY PLAINTIFF was September 16, 2024, and the Parties are asking this deadline be **moved to December 17, 2024**.

**3.** DESIGNATION OF EXPERTS BY DEFENDANT was October 16, 2024, and the Parties are asking this deadline be **moved to January 17, 2025**.

**4.** DISCOVERY shall end on December 18, 2024. **The parties request this deadline be reset to March 14, 2025.**

**5.** The deadline for filing DISPOSITIVE AND DAUBERT MOTIONS is January 3, 2025. **The parties request this deadline be reset to April 1, 2025.**

**6.** The JOINT PRETRIAL ORDER and related filings are due April 1, 2025. **The parties request this deadline be reset to May 5, 2025.**

**7.** Docket Call is scheduled for June 6, 2025. **The parties are not requesting this setting be moved.**

This request is not sought for purposes of delay, but rather so that justice may be done.

### III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request the Cout grant this Joint Motion for First Amended Scheduling Order, extend the deadlines and continue the settings as set forth above, and grant any other further relief to which the parties may show themselves entitled, either by law or in equity.

Respectfully submitted,

**BAKER LAW**

*/s/ Kevin S. Baker*
Kevin S. Baker
State Bar No.: 00797799
Kristen Barnebey
Texas Bar No.: 00795863
401 S. Austin Street
Rockport, TX 78382
Telephone: (361) 355-8855

>Facsimile: (361) 360-3848
>Email: kevin@ksbakerlaw.com
>           kristen@ksbakerlaw.com
>***Attorneys for Plaintiff Antoinette Austin***

>**CHAFFE MCCALL, L.L.P.**

>*/s/ Frank A. Piccolo*
>Frank A. Piccolo
>Texas State Bar No.: 24031227
>Federal Bar No.: 30197
>801 Travis Street, Suite 1910
>Houston, Texas 77002
>Telephone: (713) 546-9800
>Facsimile: (713) 546-9806
>Email: frank.piccolo@chaffe.com
>***Attorney-In-Charge for Defendant Chubb Lloyds Insurance Company of Texas***

OF COUNSEL:
Heather S. von Sternberg
Chaffe McCall LLP
Texas Bar No.: 00797400
Federal Bar No.: 22684
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 343-2956
Facsimile: (713) 546-9806
Email: heather.vonsternberg@chaffe.com

## CERTIFICATE OF SERVICE

In compliance with the Federal Rules of Civil Procedure, I certify that on this 14th day of October, 2024, a true and correct copy of the above and foregoing document was served on all known counsel of record via ECF.

>*/s/ Frank A. Piccolo*
>Frank A. Piccolo