Case 4:23-cv-03997   Document 20   Filed on 03/25/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINETTE AUSTIN § § | |
| v. § § | C.A. NO. 4:23-cv-3997 |
| CHUBB LLOYDS INSURANCE § COMPANY OF TEXAS, AND TOM § BAKER INSURANCE AGENCY, INC. § | |

### ORDER OF DISMISSAL

Considering the Motion for Order of Dismissal filed by Plaintiff Antoinette Austin;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that all claims against Defendant Chubb Lloyd's Insurance Company of Texas are dismissed with prejudice, with each party to bear their own costs;

Houston, Texas, this 25TH day of March, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE